IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA L. BOSWELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-686-MHT |
| | )                      [wo] |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## OPINION

On February 22, 2007, a United States Magistrate Judge recommended that the decision of the Commissioner be affirmed in this case. (Doc. # 17). Plaintiff has not filed any objections to the Recommendation. After independent and de novo review of the record, the court concludes that the Recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2007.

                                                                         /s/ Myron H. Thompson
                                                    UNITED STATES DISTRICT JUDGE